FRANK E. FORSBREY, Appellant, *v.* PULP & PAPER TRADING COMPANY, Defendant, and J. & J. ROGERS COMPANY, Respondent.

Argued April 13, 1948; decided May 20, 1948.

*Thomas D. Scoble, Jr.,* and *Ralph S. Kent* for appellant.

*Louis Schack, Louis S. Lewis* and *Edwin A. Lewis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.